```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 08520
   BARBARA J COVIN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-8945


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/18/2006 and was confirmed 10/05/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00              .00             .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER    7486.99           667.62          491.31
BLATT HASENMILLER LEIBSK  NOTICE ONLY    NOT FILED              .00             .00
CAPITAL ONE               UNSEC W/INTER    1676.14           149.45          109.99
CAPITAL ONE               UNSEC W/INTER     994.73            88.67           65.27
CAPITAL ONE               UNSEC W/INTER     455.89            40.72           29.87
CAPITAL ONE AUTO FINANCE  SECURED NOT I   22074.52              .00             .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER     172.17            12.04            6.29
LHR INC                   FILED LATE       9813.42              .00             .00
TIMOTHY K LIOU            DEBTOR ATTY     2,509.20                         2,509.20
TOM VAUGHN                TRUSTEE                                            268.69
DEBTOR REFUND             REFUND                                               8.88

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              4,448.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                       702.73
    INTEREST                                    958.50
ADMINISTRATIVE                                2,509.20
TRUSTEE COMPENSATION                            268.69
DEBTOR REFUND                                     8.88
                    ---------------      ---------------
TOTALS                 4,448.00              4,448.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 08520 BARBARA J COVIN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/18/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 08520 BARBARA J COVIN